JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARION SIMS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DELTA AIR LINES, INC., a Delaware corporation; GLENN DREW, an individual; RYAN MUELLER, an individual; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. CV 12-7254-GW(MANx)<br><br>**ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

**PURSUANT TO THE PARTIES STIPULATION, IT IS ORDERED** that this matter be dismissed with prejudice in accordance with the terms of the Stipulation.

IT IS SO ORDERED.

Dated: January 22, 2013

　　　　　　　　　　　　　　　　　　*/s/ George H. Wu*
　　　　　　　　　　　　　　　　　　Hon. George H. Wu
　　　　　　　　　　　　　　　　　　District Judge
　　　　　　　　　　　　　　　　　　United States District Court