JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MARION SIMS, | Case No. CV 12-7254-GW(MANx) |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| DELTA AIR LINES, INC., a Delaware corporation; GLENN DREW, an individual; RYAN MUELLER, an individual; and DOES 1 through 100, inclusive, | |
| Defendants. | |

**PURSUANT TO THE PARTIES STIPULATION, IT IS ORDERED** that this matter be dismissed with prejudice in accordance with the terms of the Stipulation.

IT IS SO ORDERED.

Dated: January 22, 2013

_____

Hon. George H. Wu
District Judge
United States District Court

[PROPOSED] ORDER RE: STIPULATION TO
DISMISS ACTION WITH PREJUDICE